# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES DALTON, MARK ALLISON and DALTON CONSULTING, LLC, <br><br> Defendants. | Case No. 8:09-cv-311 <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Election Systems & Software, Inc. and Defendants James Dalton and Dalton Consulting, LLC jointly stipulate and respectfully move for dismissal with prejudice of Plaintiff's claims against Defendants with each party to pay their own costs and attorneys fees.

Pursuant to Local Rule 11.1(a)(3), the undersigned counsel for Election Systems & Software, Inc. represents that Defendants James Dalton and Dalton Consulting, LLC have consented to the filing of this joint motion.

WHEREFORE, Plaintiff Election Systems & Software, Inc. and Defendants James Dalton and Dalton Consulting respectfully pray that the Court dismiss with prejudice Plaintiff's claims against Defendants with each party paying their own costs and attorneys fees.

Dated this 19th day of October 2010.

        ELECTION SYSTEMS & SOFTWARE,
        INC., Plaintiff,

        By:   */s/ Kristin M.V. Farwell*
          Michael C. Cox, #17588
          Kristin M.V. Farwell, #23919
          KOLEY JESSEN P.C., L.L.O.
          One Pacific Place, Suite 800
          1125 South 103rd Street
          Omaha, NE 68124-1079
          (402) 390 9500
          (402) 390 9005 (facsimile)
          Mike.Cox@koleyjessen.com
          Kristin.Farwell@koleyjessen.com

Attorneys for Plaintiff.

JAMES DALTON and DALTON CONSULTING, LLC,

By:  */s/ Erin L. Ebeler*
    Erin L. Ebeler
    Terry C. Dougherty
    Woods & Aitken LLP
    301 S. 13th Street, Suite 500
    Lincoln, NE 68508-2578
    eebeler@woodsaitken.com
    tdougherty@woodsaitken.com

Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of October 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

Erin L. Ebeler
Terry C. Dougherty
Woods & Aitken LLP
301 S. 13th Street, Suite 500
Lincoln, NE 68508-2578
eebeler@woodsaitken.com
tdougherty@woodsaitken.com

                                                                */s/ Kristin M.V. Farwell*
                                                            Kristin M.V. Farwell

549273.1