# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, INC., | Case No. 8:09-CV-311 |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| JAMES DALTON and DALTON CONSULTING, LLC, | |
| Defendants. | |

The Court, being fully advised on the premises, finds that the Stipulation to Dismiss With Prejudice submitted by Plaintiff Election Systems & Software, Inc. and Defendants James Dalton and Dalton Consulting, LLC (Doc. No. 40), is true and correct in all respects and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that said stipulation is GRANTED, and that Plaintiff's claims are dismissed with prejudice, with each party to bear its own attorney and expert fees and costs.

Dated this 21st day of October, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

| PREPARED AND SUBMITTED BY: | APPROVED AS TO FORM AND CONTENT: |
|---|---|
| Michael C. Cox, #17588<br>Kristin M.V. Farwell, #23919<br>KOLEY JESSEN P.C., L.L.O.<br>One Pacific Place, Suite 800<br>1125 South 103rd Street<br>Omaha, NE 68124-1079<br>(402) 390 9500<br>(402) 390 9005 (facsimile)<br>Mike.Cox@koleyjessen.com<br>Kristin.Farwell@koleyjessen.com | Erin L. Ebeler, #23923<br>Terry C. Dougherty, #11064<br>Woods & Aitken LLP<br>301 S. 13th Street, Suite 500<br>Lincoln, NE 68508-2578<br>(402) 437 8500<br>(402) 437 8558 (facsimile)<br>eebeler@woodsaitken.com<br>tdougherty@woodsaitken.com |
| Attorneys for Plaintiff. | Attorneys for Defendants. |

557182.1